UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMOUNT THOMAS, | Case No. 5:24-cv-02300 AH (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| V. ARAIZA, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. No. 1), the Order to Show Cause Re: Mootness (Dkt. No. 15), Respondent's Response to the Order to Show Cause Re: Mootness (Dkt. No. 17), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 19), and all the records and files herein. Petitioner did not file objections to the Report and Recommendation, and the deadline to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 19);

2. The Petition is denied, and this action is dismissed; and

3. Judgment is to be entered accordingly.

DATED: AUGUST 22, 2025

*[signature]*

THE HONORABLE ANNE HWANG
United States District Judge