UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMOUNT THOMAS, | Case No. 5:24-cv-02300 AH (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| V. ARAIZA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition denied and this action dismissed.  All pending motions are terminated.

DATED:  AUGUST 22, 2025

_____
THE HONORABLE ANNE HWANG
United States District Judge